IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1722-AP

MIKE Q. CROSS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Jon S. Nicholls | JOHN F. WALSH |
| 1850 Race Street | United States Attorney |
| Denver, Colorado 80206 | |
| Telephone: (303) 329-9700 | J. BENEDICT GARCÍA |
| Fax (303) 329-6950 | Assistant United States Attorney |
| jon.nicholls@nichollslaw.com | United States Attorney's Office |
| | District of Colorado |
| | J.B.Garcia@usdoj.gov |
| | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone:(303) 844-1571 |
| | Fax: (303) 844-0770 |
| | david.blower@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.     Date Complaint Was Filed:** July 3, 2012

      **B.     Date Complaint Was Served on U.S. Attorney's Office:** July 6, 2012

      **C.     Date Answer and Administrative Record Were Filed:** September 4, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.

**8.    BRIEFING SCHEDULE**

Parties agree to the following proposed briefing schedule:

    A.    **Plaintiffs Opening Brief Due:** November 16, 2012[1]

    B.    **Defendant's Response Brief Due:** December 17, 2012

    C.    **Plaintiffs Reply Brief (If Any) Due:** January 2, 2013

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiffs Statement:**  Plaintiff requests oral argument.

    B.    **Defendant's Statement:**   Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

---

[1] Due to press of other business, Plaintiff's counsel has requested that his brief be due November 16, 2012.

DATED this 21st day of September, 2012.

                                              BY THE COURT:

                                              *s/John L. Kane*_____
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Jon Nicholls_____<br>Jon S. Nicholls<br>1850 Race Street<br>Denver, Colorado 80206<br>Telephone: (303) 329-9700<br>Fax (303) 329-6950<br>jon.nicholls@nichollslaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>J.B.Garcia@usdoj.gov<br><br>By: s/ David Blower_____<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |